FILED
CLERK, U.S. DISTRICT COURT

OCT - 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DAVID LEITCH, <br><br> Petitioner, <br><br> v. <br><br> JOHN MARSHALL, Warden, <br><br> Respondent. | Case No. SACV 08-00207 GAF (AN) <br><br> ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has carefully conducted a de novo review of the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections (dkt. 20) thereto. IT IS ORDERED that:

1. The court finds the Objections fail to show the findings and conclusions set forth in the R&R are erroneous. Indeed, Petitioner's arguments supporting his Objections acknowledge the Board's findings are based upon the gravity of his underlying commitment offense plus some other evidence of current dangerousness. Accordingly, Petitioner's Objections are overruled and the R&R is approved and adopted.

2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

///

///

3. Any and all outstanding motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: October 6, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE