JS-6 / ENTERED

FILED
CLERK, U.S. DISTRICT COURT
OCT - 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DAVID LEITCH,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JOHN MARSHALL, Warden,<br><br>　　　　Respondent. | Case No. SACV 08-00207 GAF (AN)<br><br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: October 6, 2010

　　　　　　　　　　　　　　　　　　／s／ Gary Feess
　　　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY